UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE CORCORAN and DEBBIE DOUEZ, individually and the marital community comprised thereof,

Plaintiff,

v.

SUSTAINABLE LIVING INNOVATIONS, INC.,

Defendant.

C23-1252 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion to permit withdrawal of counsel for Defendant Sustainable Living Innovations, Inc., docket no. 16, is GRANTED. Jessica B. Jensen, Kari I. Lester, and Ogden Murphy Wallace, P.L.L.C. are granted leave to withdraw effective immediately.

(2) Because Defendant is a corporation, Defendant may not represent itself and may appear only through an attorney. *E.g.*, *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Failure of a corporate defendant to secure counsel constitutes grounds for entering default against the corporation. *See* Local Civil Rule 83.2(b)(4). Defendant is ORDERED to retain new counsel and have the new counsel file a notice of appearance no later than February 16, 2024.

(3) Plaintiffs' motion to dismiss and for partial summary judgment, docket no. 14, is RENOTED to March 8, 2024. Defendant's new counsel may file a supplemental

MINUTE ORDER - 1

response to Plaintiffs' motion no later than March 4, 2024.  Plaintiffs may file a supplemental reply no later than the new noting date.

       (4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

       Dated this 19th day of January, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2