UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE CORCORAN and DEBBIE DOUEZ, individually and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SUSTAINABLE LIVING INNOVATIONS, INC.,<br><br>Defendant. | C23-1252 TSZ<br><br>ORDER |

The parties' Stipulated Motion for Dismissal, docket no. 35, is GRANTED as follows. This case is hereby DISMISSED with prejudice and without costs. The trial date of February 24, 2025, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, Plaintiffs may file a motion to reopen and to have a consent judgment entered, provided that such motion is filed on or before July 1, 2025.

The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

Dated this 10th day of December, 2024.

Thomas S. Zilly
United States District Judge

ORDER - 1